**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Quiel, | No. CV-16-01535-PHX-JAT |
| Petitioner, | CR-11-02385-PHX-JAT |
| v. | **ORDER** |
| USA, | |
| Respondent. | |

In light of the Supreme Court's recent reminder in *Lucia v. SEC*, No. 17-130, 2018 WL 3057893 (2018) that officers of the United States must be duly appointed pursuant to the Appointments Clause:

**IT IS ORDERED** that the Government must provide evidence that at least one attorney participating in the underlying criminal matter was a proper representative of the United States by Tuesday, July 3, 2018. This evidence should establish that the attorney was duly appointed under the Appointments Clause and that the attorney swore the statutorily-required oath to faithfully execute his or her duties.

Dated this 26th day of June, 2018.

James A. Teilborg
Senior United States District Judge